UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  17cr2907-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order continuing motion hearing |
| v. | ) | |
| | ) | |
| LINDA KYLLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing, the motion hearing is continued to January 16, 2018, at 2:00 p.m.  The Court finds time excluded under the Speedy Trial Act until January 16, 2018, because pretrial motions are pending, and because Ms. Kyllo is under consideration for entry into the government's pretrial diversion program.  Accordingly, the Court finds the ends of justice served by granting the continuance outweighs the public's and Ms. Kyllo's interest in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

So ordered.

Dated:  November 9, 2017

Hon. William Q. Hayes
United States District Court

1